JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MICHAEL LYNN WATERS,

    Petitioner,

v.

B.CATES, Warden,

    Respondent.

Case No. 2:24-cv-10872-RGK-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 6/13/2025

                                                  /s/ Gary Klausner
                                   HON. R.GARY KLAUSNER
                                   UNITED STATES DISTRICT JUDGE